

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-15-00729-CV

**CITY OF RIO GRANDE CITY, TEXAS**, and Joel Villarreal, Herman R. Garza III, Arcadio J. Salinas III, Rey Ramirez, and Dave Jones in their Official Capacities,
Appellants

v.

**BFI WASTE SERVICES OF TEXAS, LP** d/b/a Allied Waste Services of Rio Grande Valley,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-15-604
Honorable Migdalia Lopez, Judge Presiding

## O R D E R

The appellants' opposed motion for extension of time to file motions for rehearing and en banc reconsideration is hereby GRANTED. Time is extended to October 21, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court